Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

    Plaintiffs,

v.

LISA MCCLOUD,

    Defendant.

No. 2:05-cv-01146-JCC-RSL
**Yarmuth File Sharing Litigation**

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**DEFAULT JUDGMENT & PERMANENT INJUNCTION**
**No. 2:05-cv-01146-JCC-RSL**

**YARMUTH WILSDON CALFO PLLC**
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

Having considered Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is ORDERED:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy-Five Dollars ($375.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Get Away," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Batter Up," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "The Chain," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Let's Ride," on album "Let's Ride," by artist "Montell Jordan" (SR# 251-334);
- "Don't Let Go (Love)," on album "EV3," by artist "En Vogue" (SR# 188-664);
- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);

**DEFAULT JUDGMENT & PERMANENT INJUNCTION**
No. **2:05-cv-01146-JCC-RSL**

**YARMUTH WILSDON CALFO PLLC**
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

- "Get Along With You," on album "Kaleidoscope," by artist "Kelis" (SR# 277-087);
- "Crybaby," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);
- "Nice and Slow," on album "My Way," by artist "Usher" (SR# 257-730);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: October 25, 2005          By: *Robert S. Lasnik* (signature)
                                     Robert S. Lasnik
                                     United States District Judge

**DEFAULT JUDGMENT & PERMANENT INJUNCTION**
No. **2:05-cv-01146-JCC-RSL**

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888